Bernard R. Schwam, Esq. (SBN: 67452)
bschwam@sbcglobal.net
LAW OFFICES OF BERNARD R. SCHWAM
16133 Ventura Blvd., Penthouse
Encino, CA 91436
Tel: (818) 986-3775
Fax: (818) 788-3153
Attorneys for Plaintiff
STEPHEN CLARK

Kenneth M. Jones, Esq. (SBN: 140358)
kjones@martin-martinllp.com
Cynthia L. Sands, Esq. (SBN: 194999)
csands@martin-martinllp.com
MARTIN & MARTIN, LLP
3530 Wilshire Blvd., Suite 1650
Los Angeles, CA 90010
Telephone: (213) 388-4747
Facsimile: (213) 388-6655
Attorneys for Defendant
ANTHEM LIFE INSURANCE COMPANY

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEPHEN CLARK, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM LIFE INSURANCE COMPANY, and DOES 1 to 10 inclusive, <br><br> Defendants. | CASE NO: 2:16-cv-6143-BRO (SKx) <br><br> **Hon. Beverly Reid O'Connell** <br> **Complaint filed August 16, 2016** <br> ORDER ON <br> **NOTICE OF SETTLEMENT AND JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> TRIAL: 09/12/2017 <br> TIME: 9:00 A.M. |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Stephen Clark and Defendant Anthem Life Insurance Company have arrived at a settlement of this matter and therefore request the entire action of STEPHEN CLARK v. ANTHEM LIFE INSURANCE COMPANY be dismissed with prejudice.

Respectfully submitted,

Dated: August 23, 2017   LAW OFFICES OF BERNARD R. SCHWAM

By: /s/
Bernard R. Schwam
Attorneys for Plaintiff
STEPHEN CLARK

Dated: August 23, 2017   MARTIN & MARTIN, LLP

By: /s/

Cynthia L. Sands
Attorneys for Defendant
ANTHEM LIFE INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED: August 25, 2017

**UNITED STATES DISTRICT JUDGE**